IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIUS BROWN,<br>Plaintiff | : CIVIL ACTION<br>:<br>: |
| v. | : NO. 06-5540<br>: |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration<br>Defendant | :<br>:<br>:<br>: |

<u>ORDER</u>

AND NOW, this 6th day of March, 2008, upon independent and careful review of the plaintiff's motion for summary judgment (Document #7), the defendant's response thereto (Document #10), and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport (Document #12), and the parties' objections thereto (Documents #13 and 14), IT IS HEREBY ORDERED that:

1. The plaintiff's objection is SUSTAINED;

2. The Commissioner's objections are OVERRULED;

3. The Report and Recommendation is APPROVED and ADOPTED with the clarification proposed by the plaintiff's objection regarding the onset date;

4. The plaintiff's request for review is GRANTED;

5. This case is REMANDED to the Commissioner of the Social Security Administration for a determination of onset date prior to June 30, 1993, and a calculation of benefits in accordance with the Report and Recommendation of Judge Rapoport.

The Clerk of Court is directed to mark this case closed for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.